**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| VERNON COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:26-cv-00227-MTS |
| | ) | |
| CHRISTOPHER RUDD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Vernon Collins's Second Motion to Proceed without Prepayment of Fees. Doc. [5]. For the second time, Plaintiff failed to provide the Court crucial information to determine his eligibility to proceed without prepayment of fees under 28 U.S.C. § 1915(a)(1). On this Second Motion, he left multiple fields blank, including whether he has any cash and the balance he has in any bank accounts. What is more, statements Plaintiff made in his First Motion conflict with those he made in his Second Motion. *Compare* Doc. [2], *with* Doc. [5]; *see* 18 U.S.C. § 1623. For these reasons, the Court will deny Plaintiff the privilege of proceeding *in forma pauperis* in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Vernon Collins's Second Motion to Proceed without Prepayment of Fees, Doc. [5], is **DENIED**. No later than

**Wednesday**, **November 25, 2026**, Plaintiff shall prepay the $405 filing fee in full. If Plaintiff fails to do so, the Court will dismiss this action without prejudice and without further notice.

Dated this 4th day of November 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE